**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

DEVIN WESLEY WATSON,

               Plaintiff,                      20 **CIVIL** 8447 (LJL)

      -v-                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 12, 2022, Plaintiff's motion to for judgment on the pleadings is DENIED, and Defendant's cross-motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
           August 15, 2022

                                                           **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
                                    **BY:**     *K. Mango*
                                                                     **Deputy Clerk**